**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00300-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| RUBEN CONWAY, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 14, 2024 at the hour of 4:00 p.m., be vacated and continued to November 18, 2024 at the hour of 4:00 p.m. in LV Courtroom 3B.

DATED this 8th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3